862

No. 297. PIERCE ET AL. *v.* ALBION IDAHO LAND CO. ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. S. T. Lowe* for petitioners. No appearance for respondents.

No. 298. WHITE RIVER LEVEE DISTRICT *v.* McWILLIAMS DREDGING CO. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles T. Coleman* for petitioner. *Mr. T. W. Davis* for respondent.

No. 299. DELUCA *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Henry Woog* and *William D. Harris* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Claude R. Branch* for the United States.

No. 300. FINLEY *v.* McDOUGALD CONSTRUCTION CO. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Clifford L. Anderson* for petitioner. *Messrs. John M. Slaton, John A. Sibley,* and *Ellis Spear, Jr.,* for respondent.

No. 301. THOMAS *v.* JONES ET AL. October 13, 1930. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Mr. Fred E. Suits* for petitioner. No appearance for respondents.